**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| IN RE: ORDER FIXING PENALTIES FOR PETTY AND MISDEMEANOR OFFENSES | No. 1:26- |

**MOTION TO ESTABLISH PROCEDURES AND**
**COLLATERAL FORFEITURE SCHEDULE FOR CERTAIN**
**PETTY AND MISDEMEANOR OFFENSES COMMITTED**
**IN KATAHDIN WOODS AND WATERS NATIONAL MONUMENT**

The United States of America requests that the Court issue an order establishing the procedures regarding certain petty and misdemeanor offenses committed at Katahdin Woods and Waters National Monument in the District of Maine and, pursuant to Federal Rule of Criminal Procedure 58(d) and D. Me. Loc. R. 158, adopt a *Collateral Forfeiture Schedule* for specified petty and misdemeanor offenses. In support of this motion, the Government states the following:

1. Katahdin Woods and Waters National Monument is a National Park Service site located in the District of Maine.

2. National Park Service laws and regulations are identified in Title 36 of the Code of Federal Regulations.

3. In addition, each National Park Service site compiles an annual Compendium of rules, which are subject to the discretionary authority of the park Superintendent.

4. Most recently, the Superintendent of Katahdin Woods and Waters issued and approved the annual Compendium on January 23, 2026.

5. It appears that violations of the Superintendent's Compendium and Title 36 of the Code of Federal Regulations occur in Katahdin Woods and Waters, which

1

is within the jurisdiction of this Court, and said violations are generally the petty and misdemeanor offenses identified in the attached *Collateral Forfeiture Schedule*.

6.   The collateral forfeiture amounts proposed by the Government are reasonable and – where appropriate – consistent with the State of Maine's penalties for violations of Maine law and amounts imposed in other districts.

7.  It would be for the benefit and convenience of all concerned that (1) Park Rangers be authorized to issue Violation Notices to be processed through the Central Violations Bureau for the specified offenses, and (2) a plan be established whereby persons committing certain offenses in Katahdin Woods and Waters may dispose of said cases by forfeiture of collateral in a fixed amount, and subject to a processing fee established by the Central Violations Bureau, without the necessity of appearing before a United States Magistrate Judge.

8.  The Government requests that the attached *Collateral Forfeiture Schedule* apply to offenders who wish to forfeit collateral through the Central Violations Bureau without the necessity of appearing before a United States Magistrate Judge for the specified offenses.[1] The adoption of the *Collateral Forfeiture Schedule* would be to the benefit and convenience of the parties and the Court.

---

[1] In addition, the Central Violations Bureau will require the offender to pay a processing fee for each ticket.  That fee is currently set by the Bureau at $30 per ticket.

**WHEREFORE**, the Government respectfully requests that the Court issue the attached proposed order establishing procedures regarding certain petty and misdemeanor offenses specified in the proposed *Collateral Forfeiture Schedule*, and adopting the *Collateral Forfeiture Schedule* permitting an offender to forfeit collateral in the amount detailed therein without the necessity of appearing before a United States Magistrate Judge.

Dated: March 19, 2026                    Respectfully submitted,

                                        ANDREW B. BENSON
                                        United States Attorney

                                        BY: **/s/ Alisa Ross**
                                            ALISA ROSS
                                            Assistant United States Attorney
                                            United States Attorney's Office
                                            202 Harlow Street, Room 111
                                            Bangor, ME  04401
                                            (207) 945-0373
                                            Alisa.Ross@usdoj.gov