**COLLATERAL FORFEITURE SCHEDULE**
**for Certain Petty and Misdemeanor Offenses**
**Committed in Katahdin Woods and Waters National Monument**

| Title 36, C.F.R., Section No.: | Violation | Collateral Amount |
|---|---|---|
| **Part 1: General Provisions** | | |
| 1.5 (f) | Closure / Public Use Limits (Superintendent's Compendium) | |
| | • Use Violations (UAS/Drones, ATVs/UTVs, Geocaching, Telemetry, Snowmobiles) | **$100** |
| | • Closure Violations (Roads, Subterranean Openings, etc.) | **$100** |
| | • Hunting Closure Violations (closed area) | **$250** |
| | • Bear Hunting Use Violations (use of bait/dogs) | **$500** |
| 1.6(g)(1) | Engaging in activity w/o a permit | **$150** |
| 1.6 (g)(2) | Violating the terms and conditions of a permit | **$100** |
| | Special Use Permit Violation | **$150** |
| **Part 2: Resource Protection, Public Use, and Recreation** | | |
| **2.1 Preservation of Natural, Cultural, and Archeological Resources** | | |
| 2.1(a)(1) | Possessing, destroying, injuring, defacing, removing, digging, or disturbing the following: | |
| 2.1(a)(1)(i) | Wildlife, fish, or parts except as allowed | **$100** |
| 2.1(a)(1)(ii) | Plants or parts (except fruit, berries) -- picking flowers -- digging up plants -- commercial harvesting | **$50** **$150** **$500** |
| 2.1(a)(1)(iii) | Cultural, archeological, or paleontological specimens | **M/A** |
| 2.1(a)(1)(iv) | Mineral or cave resources | **$150** |
| 2.1(a)(2) | Introducing wildlife, fish, or plants | **$150** |
| 2.1(a)(3) | Rolling or throwing rocks down mountains or hills | **$50** |
| 2.1(a)(4) | Using or possessing wood collected from non-designated area | **$50** |

**Page 1 of 10**

| 2.1(a)(5) | Entering or climbing on a cultural or archeological resource monument or statue | $100 |
|---|---|---|
| 2.1(a)(6) | Possessing, defacing, disturbing, removing a structure, furnishings or fixtures, or other cultural or archeological resources | M/A |
| 2.1(a)(7) | Possessing/using a mineral or metal detector | $75 |
| 2.1(b) | Leaving a trail or shortcutting, when such activity has been restricted by superintendent | $40 |
| 2.1(c)(3) | Gathering or collecting the following is prohibited: | |
| 2.1(c)(3)(i) | Gathering or possessing undesignated natural products | $50 |
| 2.1(c)(3)(ii) | Gathering or possessing natural products in violation of size or quantity limits | $100 |
| 2.1(c)(3)(iii) | Removing natural products not authorized for personal use from park area | $150 |
| 2.1(c)(3)(v) | Sale or commercial use of natural products | $500 |
| **2.2  Wildlife Protection** | | |
| 2.2(a)(1) | Taking wildlife without authorization | $500 |
| 2.2(a)(2) | Feeding, disturbing, molesting wildlife | $50 |
| 2.2(a)(3) | Possessing unlawfully taken wildlife | $500 |
| 2.2(b)(4) | STATE LAW ADOPTED (Non-Conflicting State hunting laws adopted) or State Fine | $100 |
| 2.2(d) | Transporting lawfully taken wildlife through park without authorization | $100 |
| 2.2(e) | Using artificial light to view wildlife, except as permitted<br>-- no weapon in vehicle<br>-- weapon in vehicle<br>-- loaded weapon in vehicle | $100<br>$150<br>$250 |

**Page 2 of 10**

| | | |
|---|---|---|
| **2.3  Fishing** | | |
| 2.3(a) | Fishing in violation of state law<br>-- violating possession / size limits | **$50**<br>**$25 for each additional fish** |
| 2.3(d)(1) | Fishing with other than hook & line | **$50** |
| 2.3(d)(2) | Possessing or using unauthorized bait | **$50** |
| 2.3(d)(3) | Chumming | **$50** |
| 2.3(d)(4) | Commercial fishing, unless authorized | **M/A** |
| 2.3(d)(5) | Fishing w/drugs, poisons, explosives, electric | **M/A** |
| 2.3(d)(6) | Digging for bait (excluding intertidal zone) | **$50** |
| 2.3(d)(7) | Failing to return fish promptly (unwanted / over limit / size) | **$50/fish** |
| 2.3(d)(8) | Fishing in prohibited locations | **$50** |
| | | |
| **2.4  Weapons, Traps, Nets** | | |
| 2.4(b)(1)(i) | Possessing a weapon, trap, or net except as authorized | **$150** |

| | | |
|---|---|---|
| 2.4(b)(1)(ii) | Carrying a weapon, trap or net, except as authorized | **$150** |
| 2.4(b)(1)(iii) | Using a weapon, trap or net | **$250** |
| 2.4(c) | Carrying/possessing a loaded weapon in a motorized conveyance (motor vehicle, vessel, or other mode of transportation) | **$200** |
| 2.4(d) | Using a weapon, trap, or net in a manner that endangers persons/property | **M/A** |
| 2.4(e) | Violating a permit to carry weapon, trap, or net | **$100** |
| 2.4(g) | Carrying or possessing a weapon, trap, or net in violation of Federal or State laws | **$100** |
| | | |
| **2.5  Research Specimens** | | |
| 2.5(a) | Collecting research specimens without permit | **$250** |
| 2.5(h) | Violating the terms of collecting permit | **$150** |
| | | |
| **2.10  Camping and Food Storage** | | |
| 2.10(b)(1) | Digging or leveling ground at a campsite | **$50** |
| 2.10(b)(2) | Leaving equipment or refuse after departing site | **$75** |
| 2.10(b)(3) | Camping within 25' of main road/water hydrant except in a designated area | **$50** |
| 2.10(b)(4) | Unreasonable noise between 10pm and 6am | **$75** |
| 2.10(b)(5) | Installing permanent camping facilities | **$150** |
| 2.10(b)(6) | Displaying wildlife carcass (except when taken during legal hunting) | **$40** |

| 2.10(b)(7) | Connecting to utility system without authorization | $50 |
|---|---|---|
| 2.10(b)(8) | Failing to obtain required camping permit | $50/day |
| 2.10(b)(9) | Violating camping conditions established by Superintendent (Listed in Compendium) | $100 |
| 2.10(b)(10) | Camping outside designated sites or areas | $75 |
| 2.10(d) | Violating Superintendent's directive on food storage | $50 |
| **2.12  Audio Disturbances** | | |
| 2.12(a)(1)(i) | Unreasonable noise from audio device or motorized equipment | $50 |
| 2.12(a)(2) | Operating a power saw without a permit in developed area | $50 |
| 2.12(a)(3) | Operating a portable motor, engine without a permit in non-developed areas | $50 |
| 2.12(a)(4) | Operating a public address system without permit | $100 |
| 2.12(b) | Violating terms of permit for audio / mechanical device | $50 |

| **2.13  Fires** | | |
|---|---|---|
| 2.13(a)(1) | Lighting or maintaining a fire in a non-designated area | $100 |
| 2.13(a)(2) | Using a stove or lantern in violation of restrictions | $50 |
| 2.13(a)(3) | Damaging or hazardous use of fire | $100 |
| 2.13(a)(4) | Leaving a fire unattended | $75 |
| 2.13(a)(5) | Disposing of lighted / smoldering material improperly | $100 |
| 2.13(b) | Failing to extinguish fire properly | $50 |
| 2.13( c) | Lighting or maintaining fire during closed danger period (applies to open fires only) | $100 |
| **2.14  Sanitation and Refuse** | | |
| 2.14(a)(1) | Littering<br>-- small amount (bag lunch, bottle, emptying ashtray)<br>-- large amount (trash bag) | $100<br>$300 |
| 2.14(a)(2) | Using disposal receptacles in unauthorized manner | $100 |
| 2.14(a)(3) | Disposing refuse in plumbing or vault toilet | $100 |
| 2.14(a)(4) | Improper draining of refuse from vehicle / trailer | $100 |
| 2.14(a)(5) | Bathing or washing items at public water outlets | $100 |
| 2.14(a)(6) | Polluting, contaminating park waters, water courses | $100 |
| 2.14(a)(7) | Disposing of fish remains improperly | $50 |
| 2.14(a)(8) | Disposing of human body waste improperly in a developed area | $100 |
| 2.14(a)(9) | Disposing of human waste improperly in non-developed area: within 100' of water, or campsite, or within sight of trail. | $75 |
| **2.15  Pets** | | |
| 2.15(a)(1) | Possessing pet in closed area (building, public transportation vehicle) | $50 |

**Page 4 of 10**

| | | |
|---|---|---|
| 2.15(a)(2) | Failing to physically restrain pet at all times (6' leash) | **$50** |
| | Second Offense | **$100** |
| | Third Offense | **$150** |
| 2.15(a)(3) | Leaving a pet unattended and tied to object | **$50** |
| 2.15(a)(4) | Allowing a pet to make unreasonable noise | **$50** |
| 2.15(a)(5) | Violating pet excrement disposal conditions established by the superintendent | **$50** |
| 2.15(e) | Violating conditions of pet policy by park residents | **$50** |
| **2.16  Horses and Pack Animals** | | |
| 2.16(a) | Using animal other than horse, burro, mule, llama, or alpaca for pack animal | **$50** |
| 2.16(b) | Using horse or pack animal outside of a designated area | **$50** |
| 2.16(c) | Using horse or pack animal on park roads open to motor vehicles | **$50** |
| 2.16(d) | Free-trailing or loose-herding animals on trails | **$50** |
| 2.16(e) | Failing to walk horse near pedestrians/ bicyclists | **$50** |
| 2.16(f) | Obstructing a trail or frightening horses or pack animals while passing | **$50** |
| 2.16(g) | Violating superintendent's conditions for use of horses or pack animals | **$50** |
| **2.17  Aircraft and Air Delivery** | | |
| 2.17(a)(1) | Operating aircraft in non-designated area | **$100** |
| 2.17(a)(3) | Delivering/retrieving of person(s) or objects except in emergency | **$250** |
| 2.17(c)(2) | Failing to remove downed aircraft under permit | **M/A** |
| 2.17(d) | Using aircraft not in accordance with FAA regulations | **$100** |
| 2.17(e) | Operating a hovercraft | **$100** |
| 2.17(f) | Violating terms of permit for aircraft use | **$100** |
| **2.18  Snowmobiles** | | |
| 2.18(b) | Violating state laws on snowmobiles | **$100** |
| 2.18(c) | Operating snowmobiles outside of designated routes (violation of 7.56 restrictions) | **$100** |
| **2.19  Winter Activities** | | |
| 2.19(a) | Conducting winter sports on park roads open to motor vehicles | **$50** |
| 2.19(b) | Towing a person on skis or sled with motor vehicle | **$50** |
| 2.19(c) | Failing to obey posted regulations | **$50** |
| **2.20  Skating, Skateboards, & Similar Devices** | | |
| 2.20 | Skating/rollerblading/skateboarding in a prohibited area | **$40** |
| **2.21  Smoking** | | |
| 2.21(a) | Smoking in non-designated areas | **$50** |

| **2.22  Property** | | |
|---|---|---|
| 2.22(a)(1) | Abandoning property | **$100** |
| 2.22(a)(2) | Leaving property unattended for longer than 24 hours | **$50** |
| 2.22(a)(3) | Failing to turn in found property to park within a reasonable time frame | **$100** |
| | | |
| **2.30  Misappropriation of Property and Services** | | |
| 2.30(a)(1) | Unlawfully possessing another's property (Larceny) | **M/A** |
| 2.30(a)(2) | Failing to make payment for property or services: <br>    -- Property <br>       Value < $250 <br>       Value > $250 <br>    -- Services <br>       Value < $150 <br>       Value > $150 | <br><br><br>**$150**<br>**M/A**<br><br>**$100**<br>**M/A** |
| 2.30(a)(5) | Acquiring or possessing stolen property <br>       Value < $250 <br>       Value > $250 | <br>**$150**<br>**M/A** |
| | | |
| **2.31  Trespassing, Tampering, Vandalism, Harassment and Obstruction** | | |
| 2.31(a)(1) | Trespassing in closed areas | **$100** |
| | Trespassing on private property | **$100** |
| | Trespassing other | **$100** |
| 2.31(a)(2) | Tampering with property | **$150** |
| 2.31(a)(3) | Vandalizing, destroying, injuring, defacing, or damaging property or real property: <br>    Damages under $250 <br>    Damages over $250 | <br><br>**$150**<br>**M/A** |
| 2.31(a)(4) | Harassing visitors physically - intentionally / recklessly | **M/A** |
| 2.31(a)(5) | Obstructing public access - intentionally / recklessly | **M/A** |
| | | |
| **2.32  Interfering With Agency Functions** | | |
| 2.32(a)(1) | Interfering, threatening, resisting, intimidating, or intentionally interfering with a government agent | **$300** |

| 2.32(a)(2) | Failing to obey a lawful order | **$200** |
|---|---|---|
| 2.32(a)(3) | Providing false information to the following is prohibited: | |
| 2.32(a)(3)(i) | To person investigating accident or violation | **$150** |
| 2.32(a)(3)(ii) | On permit application | **$150** |
| 2.32(a)(4) | Knowingly giving a false report | **$200** |

| | | |
|---|---|---|
| **2.33  Report of Injury or Damage** | | |
| 2.33(b) | Failing to report injury/damage (non-vehicular) | **$100** |
| | | |
| **2.34  Disorderly Conduct** | | |
| 2.34(a)(1) | Engaging in fighting/threatening/violent behavior | **$200** |
| 2.34(a)(2) | Using language/utterance/gesture in an obscene act or display<br>-- language, act, display<br>-- indecent exposure | **$200** |
| 2.34(a)(3) | Making unreasonable noise | **$100** |
| 2.34(a)(4) | Creating hazardous or physically offensive conditions | **$250** |
| | | |
| **2.35  Alcoholic Beverages and Controlled Substances** | | |
| 2.35(a)(2) (i) | Selling/giving alcohol to person under 21 except as allowed by State law | **$200** |
| 2.35(a)(2) (ii) | Possessing alcohol by person under 21 except as allowed by State law | **$100** |
| 2.35(a)(3) (iii) | Consuming alcohol in a closed area | **$50** |
| 2.35(b)(1) | Delivering/ Distributing a controlled substance | **M/A** |
| 2.35(b)(2) | Possessing a controlled substance (non-Marijuana)<br><br>Possessing a controlled substance (Marijuana) | **$370**<br><br>**$75** |
| 2.35(c) | Being present when under influence of alcohol/controlled substance to degree that endangers self/others/property/park<br>-- alcohol<br>-- controlled substance | **$200** |
| | | |
| **2.36  Gambling** | | |
| 2.36(a) | Gambling in any form in park area | **$50** |
| | | |
| **2.37  Non-commercial Soliciting** | | |
| 2.37 | Soliciting gifts, services, money or goods is prohibited | **$50** |
| | | |
| **2.38  Explosives** | | |
| 2.38(a) | Using or possessing explosives without authorization | **M/A** |
| 2.38(b) | Using or possessing fireworks/firecrackers without authorization | **$50** |
| 2.38(c) | Violating terms of permit issued for fireworks<br>-- fireworks<br>-- explosives | **$100** |

| | | |
|---|---|---|
| **2.50  Special Events** | | |
| 2.50(e) | Violating the terms/conditions of permit<br>-- special events<br>-- sporting events | **$100** |
| | | |
| **2.51  Public Assemblies/Meetings** | | |
| 2.51(a) | Failing to obtain permit for public assemblies/meetings | **$150** |
| 2.52(j) | Violating terms and conditions of a public assembly permit | **$100** |

| | | |
|---|---|---|
| **2.52  Sale or Distribution of Printed Matter** | | |
| 2.52(a) | Selling/distributing printed matter without permit | **$100** |
| 2.52(j) | Violating terms and conditions of permit for printed matter | **$100** |
| **2.61  Residing on Federal Lands** | | |
| 2.61(a) | Residing in park areas without permit/lease | **$250** |
| 2.61(b) | Violating terms/conditions of permit to reside | **$150** |
| **2.62  Memorialization** | | |
| 2.62(a) | Installing memorial/monument without authorization | **$100** |
| 2.62(b) | Scattering human ashes without permit | **$50** |
| 2.62(c) | Violating established conditions for memorialization | **$50** |
| 2.62(d) | Violating terms of permit for memorialization | **$50** |
| **Part 4:  Vehicles and Traffic Safety Violations** | | |
| 4.2(b) | State law applicable<br>Driving w/o a License (and when not in compliance with restrictions for Juveniles and Condition Q)<br>Driving while Suspended<br>Driving while Revoked<br>Driving while Suspended as a Habitual Offender or from Prior OUI | **$75**<br>**$125**<br><br>**$125**<br>**$275**<br>**M/A** |
| **4.4  Report of Motor Vehicle Accident** | | |
| 4.4(b) | Removing vehicle from accident scene prior to reporting | |
| | MRS 2255 Property Damage | **$100** |
| | MRS 2252 Personal Injury | **$250** |
| 4.4(c) | Failing to report accident involving injury or property damage | **$275** |
| **4.10  Travel on Park Roads and Designated Routes** | | |
| 4.10(a) | Operating vehicle off established/designated route<br>Off-Road parking in non-designated area | **$100**<br>**$30** |
| 4.10(c)(1) | Operating vehicle without pneumatic tires | **$50** |
| 4.10(c)(2) | Operating vehicle causing unreasonable damage to road | **$100** |
| **4.11  Load, Weight and Size Limits** | | |
| 4.11(a) | Violating state load, weight, size limits | **$100** |
| 4.11(b)(1) | Operating vehicle over load, weight, size limits set by Supt. | **$100** |
| 4.11(b)(2) | Failing to obtain permit when required | **$100** |
| 4.11(b)(3) | Violating term or condition of permit | **$250** |
| 4.11(b)(4) | Operating vehicle with side mirrors extending over 10" beyond side while not towing a second vehicle | **$50** |

**Page 8 of 10**

| | | |
|---|---|---|
| **4.12  Traffic Control Devices** | | |
| 4.12 | Failing to comply with traffic control device<br>-- parking<br>-- lights<br>-- officer's signal<br>-- road markings<br>-- signs<br>-- other | **$30** |
| **4.13  Obstructing Traffic** | | |
| 4.13(a) | Stopping/parking a vehicle upon roadway that is closed to parking<br>-- parking violations<br>-- impeding traffic | **$75** |
| **4.14  Open Container of Alcoholic Beverage** | | |
| 4.14(b) | Open container of alcohol in a motor vehicle | **$125** |
| **4.15 Safety Belts** | | |
| 4.15 | Operating without proper safety belt use | **$25** |
| **4.20  Right of Way** | | |
| 4.20(a) | Failing to yield the right of way to pedestrians or saddle & pack animals | **$50** |
| **4.21  Speed Limits** | | |
| 4.21(c) | Operating in excess of the speed limit:  1-10 mph over limit<br>Operating in excess of the speed limit:  11-20 mph over limit<br>Operating in excess of the speed limit:  21-30 mph over limit<br>Operating in excess of the speed limit:  30+ mph over limit<br>Habitual offenders | **$75**<br>**$100**<br>**$175**<br>**M/A**<br>**$250** |

| | | |
|---|---|---|
| **4.22  Unsafe Operation** | | |
| 4.22(b)(1) | Operating a vehicle without due care/unreasonable speed for the conditions | **$125** |
| 4.22(b)(2) | Operating a motor vehicle to cause skid or tire squeal, etc. | **$90** |
| 4.22(b)(3) | Failing to maintain control of vehicle | **$100** |
| 4.22(b)(4)(i) | Operating a vehicle while allowing a person to ride in the towed Trailer | **$50** |

**Page 9 of 10**

| 4.22(b)(4)(ii) | Allowing a passenger to ride on exterior of motor vehicle (except passengers over 18 riding inside truck beds) | $100 |
|---|---|---|
| | | |
| **4.23  Operating Under the Influence of Alcohol or Drugs** | | |
| 4.23(a)(1) | Operating under the influence to degree that renders incapable of safe vehicle operation | M/A |
| 4.23(a)(2) | Operating with a BAC of .08 or greater | M/A |
| 4.23(c)(2) | Operator refusing to submit to test(s) to determine alcohol and/or drug content | M/A |
| | | |
| **4.30  Bicycles** | | |
| 4.30(h)(1) | Bike riding in an undesignated area | $50 |
| 4.30(h)(3) | Operating a bicycle at night without exhibiting light reflectors and/or lights | $25 |
| 4.30(h)(4) | Operating bicycles with 2 or more abreast on roads open to motor vehicle traffic | $45 |
| 4.30(h)(5) | Operating a bicycle while consuming or carrying open container of alcoholic beverage | $50 |
| 4.30(h)(6) | State Law Adopted 29-A M.R.S. § 2323 <br>        16 y/o and under – failing to wear helmet (biking) | $5 |
| 4.30(i)(2) | Using e-bike in non-designated area | $50 |
| | | |
| **4.31  Hitchhiking** | | |
| 4.31 | Hitchhiking in violation of Maine State Law | $40 |
| **Part 5:  Commercial and Private Operations Violations** | | |
| **5.1  Advertising** | | |
| 5.10 | Displaying/posting/distributing a commercial advertisement without permit | $150 |
| | | |
| **5.2  Alcoholic Beverage; Sale of Intoxicants** | | |
| 5.2(a) | Unlawfully selling alcohol in violation of federal, state or local laws | M/A |
| | | |
| **5.3  Business Operations** | | |
| 5.30 | Engaging in business operations without a permit | $250 |

| **5.6  Commercial Vehicles** | | |
|---|---|---|
| 5.6(b) | Commercial vehicle using park roads (use not related to park business) | $100 |
| | | |
| **5.7  Construction of Building or Other Facilities** | | |
| 5.70 | Constructing structures without a permit | M/A |
| | | |
| **5.13  Nuisances** | | |
| 5.13 | Creating/maintaining a nuisance | $100 |